# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RICHARD ARTHUR CALDWELL,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 3:17-CV-05178-JRC

ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES

    This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Order on Consent to Proceed Before a United States Magistrate Judge, Dkt. 13). This matter is before the Court on plaintiff's Stipulated Motion for Attorney Fees Under 28 U.S.C. § 2412(d) (*see* Dkt. 16).

    Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (*see* Dkt. 16), the time itemization (Dkt. 16, Attachment 2), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $548.66 shall be awarded to plaintiff pursuant

to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

The Acting Commissioner agrees to contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Kevin Kerr, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Social Security Fee Agreement, Dkt. 16, Attachment 1). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel, Kevin Kerr, Esq., at Schneider, Kerr & Robichaux, P.O. Box 14490, Portland, OR 97293.

Dated this 5th day of September, 2017.

J. Richard Creatura
United States Magistrate Judge

J. Richard Creatura
United States Magistrate Judge